UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-07879-SVW-JC | Date | May 1, 2023 |
|---|---|---|---|
| Title | Teerry Lee Best v. Costco Wholesale Corporation et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Damon Berry | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, having received the Notice of Dismissal (ECF. No. 16), filed on May 1, 2023, VACATES all previously dates.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety.

**IT IS SO ORDERED.**

:

Initials of Preparer   DBE